```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA

JEANINE MASON AND KEITH MASON            CIVIL ACTION

VERSUS                                    NO: 07-9191

ROY D. SMITH, LANCE TRANSPORT,            SECTION: "J" (3)
INC., UNITED STATES FIRE
INSURANCE COMPANY, and AUTO
CLUB FAMILY INSURANCE COMPANY
```

**ORDER**

Before the Court is Defendants' **Motion for Partial Summary Judgment** as to Bad Faith Claims and Attorneys Fees (Rec. D. 55).

Summary judgment is appropriate if "there is no genuine issue as to any material fact and the moving party is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(c). The moving party bears the initial burden of demonstrating the absence of a genuine issue of material fact. Celotex Corp. v. Catrett, 477 U.S. 317, 323 (1986). If that burden has been met, the non-moving party must then come forward and establish the specific material facts in dispute to survive summary judgment. Matsushita Elec. Indus. Co. v. Zenith Radio Corp., 475 U.S. 574, 588 (1986).

After reviewing Defendants' Motion and reply, Plaintiffs' response, the law, and other available sources, the Court finds

that unresolved factual issues remain regarding Plaintiffs' claims of Bad Faith and Attorneys' Fees.

Accordingly,

**IT IS ORDERED** that Defendants' **Motion for Partial Summary Judgment** as to Bad Faith Claims and Attorneys Fees (Rec. D. 55) is **DENIED**.

New Orleans, Louisiana this the 26th day of August, 2009.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE